**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  Christopher Connors** ) | |
| ) | **Case No:   19 B 16248** |
| ) | **Judge:       Thorne** |
| ) | **Chapter    13** |
| **Debtor** ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan Ave., Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor:** Christopher Connors, 13028 S. Evans St, Riverdale, IL 60827
**Creditor:** IRS, P.O. Box 7346, Philadelphia, PA 19101
**Additional Notice Address:** Dr. Patrick Mullarkey, Tax Division, Ben Franklin Station, P.O. Box 55, Washington, DC 20044
**Additional Notice Address:** IRS, Associate Area Counsel, SB/SE, 200 West Adams Street, Ste. 2300, Chicago, IL 60606
**See attached Service List**
**and served upon the following parties via Certified Mail:**
United States Attorney, Civil Process Clerk, 219 S. Dearborn Street, Chicago, IL 60604

PLEASE TAKE NOTICE that on September 18, 2019 at 10:30 a.m.,

or as soon thereafter as I may be heard, I shall appear before the Honorable Judge

Thorne, or any other Bankruptcy Judge presiding in her place in Courtroom 613 of the

Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago,

Illinois, on the attached Objection to Proof of Claim 3 Filed by the IRS, and shall request

that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before before August 14, 2019.

      /s/ Angelica M. Harb
Angelica M. Harb
Hinds Law, LLC
211 W. Wacker Dr., Ste. 321
Chicago, IL 60606
800-695-7674

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-16248<br>Northern District of Illinois<br>Eastern Division<br>Wed Aug 14 20:15:15 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Arnold Scott Harris<br>111 W Jackson Blvd, Suite 600<br>Chicago, IL 60604-3517 |
| Chicago Housing Authority<br>412 W Chicago Ave<br>Chicago, IL 60654-2814 | City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 | City of Chicago<br>Office of the City Clerk<br>121 N. LaSalle St., Room 107<br>Chicago IL 60602-1266 |
| City of Chicago Department<br>Of Administrative Hearing<br>City of Chicago - DOAH C/O Arnold Scott<br>111 W. Jackson Ste 600<br>Chicago, IL 60604-3517 | City of Chicago Parking<br>P.O. Box 88292<br>Chicago, IL 60680-1292 | Credit Acceptance<br>25505 W 12 Mile Rd #3000<br>Southfield MI 48034-8331 |
| Credit Management, LP<br>Attn: Bankruptcy<br>Po Box 118288<br>Carrollton, TX 75011-8288 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Illinois Child Support<br>Mail Response Unit<br>Po Box 19405<br>Springfield, IL 62794-9405 |
| Lake County Child Support<br>400 Broadway<br>Gary, IN 46402-1258 | One Way Auto Sales<br>812 Conkey St<br>Hammond, IN 46320-2528 | Robin Wilkins<br>6230 South Cottage Grove Ave.<br>Chicago, IL 60637-5283 |
| Verge Williams<br>c/o Lake County Child Support<br>400 Broadway<br>Gary, IN 46402-1258 | Walmart<br>P.O. Box 981400<br>El Paso, TX 79998-1400 | Angelica Harb<br>Hinds Law LLC<br>211 W Wacker Dr Suite 321<br>Chicago, IL 60606-1217 |
| Christopher Connors<br>13028 S Evans Avenue<br>Riverdale, IL 60827-1304 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Michelle K Hinds<br>Hinds Law LLC<br>211 W. Wacker Drive<br>Ste. 321<br>Chicago, IL 60606-1217 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Christopher Connors    ) | |
| ) | **Case No:  19-16248** |
| ) | **Judge:     Thorne** |
| ) | **Chapter   13** |
| Debtor                                      ) | |

### OBJECTION TO PROOF OF CLAIM 2 FILED BY THE IRS

Now comes Christopher Connors (hereinafter referred to as "DEBTOR"), by and through her attorneys, and as her Objection to Proof of Claim 3 Filed by the IRS respectfully represents as follows:

1. On June 6, 2019, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court has not yet confirmed the Debtor's Chapter 13 Plan.

3. On July 22, 2019, the IRS filed a Proof of Claim (hereinafter referred to as "the claim") in the amount of $1,930.04 for income tax debts owed (see attached Proof of Claim, referred to as "Exhibit A").

4. The claim alleges that the Debtor owes an unsecured priority claim amount of $602.42 for the 2017 and 2018 income tax years for unassessed taxes due based on no returns being filed in 2017 and 2018. The claim also alleges that the Debtor owes an unsecured general claim in the amount of $1327.62 for the 2011 tax year.

5. The Debtor was not required to file 2017 or 2018 tax returns because he was not working. Debtor's only income was social security disability for 2017 and 2018. (see attached Tax Declaration, referred to as "Exhibit B").

6.  Debtor's counsel faxed the IRS a copy of Debtor's Tax Declaration on August 14, 2019.

7.  Debtor requests that the IRS be allowed a priority claim in the amount of $0.00.

8.  Debtor requests that the IRS be allowed a general unsecured claim in the amount of $1327.62.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order sustaining Debtor's Objection to Claim 3 filed by the IRS, and for such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb

Angelica M. Harb
Hinds Law, LLC
211 W. Wacker Dr., Ste. 321
Chicago, IL 60606
800-695-7674