# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  Christopher Conners        )    Case No.
                                   )    Chapter:    13
            Debtor                 )    Judge:

### DECLARATION REGARDING DEBTOR'S TAX RETURNS

Comes now the affiant captioned above being first duly sworn, and states as follows based upon his own personal knowledge:

I, Christopher Conners, do not have tax returns for 2016, 2017, and 2018 because my only source of income was Social Security Disability and I was not required to file tax returns.

FURTHER, THE AFFIANT(S) SAYETH NOT

Date: 6-6-19            Signed: Chris Conn[signature]
                        Printed: 6-6-19 Chris Conne

1 of 1